# Court of Appeals
# of the State of Georgia

ATLANTA,  March 15, 2023

*The Court of Appeals hereby passes the following order:*

## A23I0157. AARON MCCULLOUGH v. STATE OF GEORGIA.

Aaron McCullough was cited for speeding under OCGA § 40-14-18, which provides for the imposition of a "civil monetary penalty" against owners of motor vehicles that are caught on camera exceeding the posted speed limit in school zones during school hours. McCullough filed a "Special Demur Motion to Dismiss," arguing that OCGA § 40-14-18 is unconstitutional because it violates the separation of powers doctrine and the confrontation and due process clauses of the state and federal constitutions. Following a hearing at which McCullough raised these constitutional objections, the court entered an order summarily denying the motion. McCullough obtained a certificate of immediate review and filed this interlocutory application, in which he represents that the constitutionality of OCGA § 40-14-18 is a matter of first impression.

The Supreme Court "has exclusive jurisdiction over all cases involving construction of the Constitution of the State of Georgia and of the United States and all cases in which the constitutionality of a law, ordinance, or constitutional provision has been called into question." *Atlanta Independent School System v. Lane*, 266 Ga. 657, 657 (1) (469 SE2d 22) (1996) (citing Ga. Const. of 1983, Art. VI, Sec. VI, Par. II (1)). Because it appears that the trial court necessarily ruled on McCullough's constitutional challenges to OCGA § 40-14-18, jurisdiction over this appeal appears to lie in the Supreme Court. See *Wilkes & McHugh, P.A. v. LTC Consulting, L.P.*, 306 Ga. 252, 257 (1) (c) (830 SE2d 119) (2019) (observing that this Court properly transferred the appeal to the Supreme Court based on the plaintiffs' First Amendment challenge to a statute, "which the trial court implicitly rejected" when it entered the

order at issue on appeal). As the Supreme Court has the ultimate responsibility for determining appellate jurisdiction, see *Saxton v. Coastal Dialysis & Med. Clinic, Inc.*, 267 Ga. 177, 178 (476 SE2d 587) (1996), this appeal is hereby TRANSFERRED to the Supreme Court for disposition.



*Court of Appeals of the State of Georgia*
       *Clerk's Office, Atlanta,*   *03/15/2023*

    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*